UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LIFE FUND 5.1, LLC, *et al.*, | ) | No. 09 B 32672 |
| | ) | (jointly administered) |
| | ) | |
| Debtors. | ) | Judge Goldgar |

## FINAL PRETRIAL ORDER

This matter is set for hearing at the United States Courthouse, 219 South Dearborn Street, Courtroom 613, Chicago, Illinois, on July 6, 2011, at 1:30 p.m. on the First and Final Application of Perkins Coie LLP for Allowance of Compensation as Counsel to Trustee Patrick M. Collins (Dkt. No. 462). At the court's discretion, the hearing will continue from day to day until completed. Unless modified by the court, the following provisions will govern the course of proceedings in this case:

1. **Continuances.** The hearing date is firm. No continuance of the hearing date will be granted under any circumstances.

2. **Discovery.** Expert witnesses must be disclosed on or before April 15, 2011. Discovery is expedited. All response times in the rules are reduced to fourteen (14) days. Final cut-off for all discovery is June 15, 2011. No discovery extensions will be granted under any circumstances.

3. **Pleadings and Dispositive Motions.** No dispositive motions will be entertained.

4. **Exhibits and Exhibit Lists.** Twenty-one (21) days before the hearing date, the parties must exchange copies of all exhibits to be introduced into evidence. Each proposed exhibit must be clearly numbered (not designated with a letter or other symbol) in the order of its probable presentation at trial. Each document must be given a separate exhibit number.

In addition to the exhibits, the parties must exchange a list of the numbered exhibits. Next to each exhibit a brief description of each exhibit must be provided.

Demonstrative exhibits that the parties intend to use at trial must also be marked, included on the exhibit lists, and exchanged twenty-one (21) days before the trial date.

The exhibit list must be filed with the court, and one (1) set of the exhibits and one (1) copy of the exhibit list must be submitted to chambers on the date the list is filed. *If a party lists more than ten (10) exhibits, the exhibits themselves must be submitted in one or more three-ring binders, and the exhibits must be tabbed. Group exhibits must be sequentially paginated by Bates stamp or some comparable method.*

If no written objection to an exhibit is filed with the court and tendered to the proponent within seven (7) days of the receipt of the proposed exhibit, the exhibit will be deemed admitted into evidence. A specific ground must be stated for each objection or the objection will be deemed waived.

Demonstrative exhibits will be deemed admitted "as "demonstrative only."

5. **Witnesses and Witness Lists.** Twenty-one (21) days before the hearing date, all parties must exchange and file with the court a list of all witnesses they intend to call at the hearing, together with a brief description of the subject matter of the witness's testimony.

One (1) copy of the witness list must be submitted to chambers on the filing date.

6. **Trial Briefs.** No trial briefs may be filed.

7. **Compliance with this Order.** Failure to comply with this Order *will* result in the imposition of appropriate sanctions pursuant to Rule 16(f), Fed. R. Civ. P. 16(f) (made applicable by Fed. R. Bankr. R. Rule 7016). These include, but are not limited to, the following:

a.  Any exhibit not listed and exchanged in accordance with this Order will not be admitted into evidence. A party who fails to exchange and file the list of exhibits that this Order requires will be precluded from introducing any exhibits into evidence. *In re Maurice,* 21 F.3d 767 (7th Cir. 1994).

b.  Any witness not identified and listed in accordance with this Order will be barred from testifying at trial. A party who fails to exchange and file with the court the list of witnesses that this Order requires will be barred from presenting any witnesses. *In re Maurice,* 21 F.3d 767 (7th Cir. 1994).

Dated: March 9, 2011

A. Benjamin Goldgar
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAR 11 2011
Judge A. Benjamin Goldgar
United States Bankruptcy Court

In re:                                    )   Chapter 11
                                          )
LIFE FUND 5.1, LLC,                       )   No. 09 B 32672
                                          )
                                          )
                                          )
                      Debtor.             )
                                          )   Judge A. Benjamin Goldgar

## CERTIFICATE OF SERVICE

I, Nancy Castellano, Courtroom Deputy to the Honorable A. Benjamin Goldgar, hereby certify that on March 11, 2011, I caused to be mailed a copy of the attached *Final Pretrial Order* dated March 9, 2011, to the parties listed below.

**(Counsel for Debtors)**
Barry A. Chatz
Miriam R. Stein
Arnstein & Lehr, LLP
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606

**(Ch. 11 Trustee)**
Patrick Collins
David M. Neff
Brian A. Audette
131 S. Dearborn Street
Suite 1700
Chicago, Illinois 60603

Jeff Marwil
Marc E. Rosenthal
Jeremy T. Stillings
Proskauer Rose, LLP
70 W. Madison St.
Chicago, Illinois 60602

**(U.S. Trustee)**
Gretchen M. Silver
Office of the U.S. Trustee
219 S. Dearborn Street
Room 873
Chicago, Illinois 60604

Michael M. Eidelman
Arlene N. Gelman
Vedder Price
222 N. LaSalle Street
Suite 2600
Chicago, Illinois 60602

David T.B. Audley
Carly Jones
Chapman and Cutler, LLP
111 W. Monroe Street
Chicago, Illinois 60603

Edith Stuart Phillips
Office of the Texas Attorney General
Bankruptcy & Collection Division
P.O. Box 12548
Austin, Texas 78711

Daniel T. Graham
Neil M. Rosenbaum
Funkhouser Vegosen Liebman & Dunn, Ltd.
55 West Monroe
Suite 2300
Chicago, Illinois 60606

Emily S. Gotlieb
The Garden City Group, Inc.
190 S. LaSalle Street
Suite 1520
Chicago, Illinois 60603

John W. Gerstner
Mary Anne Spellman Gerstner
Gerstner & Gerstner
53 W. Jackson Blvd.
Suite 1538
Chicago, Illinois 60604

David S. Gragg
Langley & Banack, Inc.
Trinity Plaza II, Ninth Floor
745 East Mulberry
San Antonio, Texas 78212-3166

Gordon E. Gouveia
Shaw Gussis Fishman Glantz Wolfson & Towbin
321 N. Clark Street
Suite 800
Chicago, Illinois 60654

Erin E. Jones
Jones Morris LLP
2700 Post Oak
Suite 1120
Houston, Texas 77056

Deborah J. Fritsche
Lori A. Hood
Johnson, Trent, West & Taylor, LLP
919 Milam, Suite 1700
Houston, Texas 77002

Brian M. Graham
Bryan Minier
Ean L. Kryska
SmithAmundsen, LLC
150 N. Michigan Avenue
Suite 3300
Chicago, Illinois 60601

David E. Grochocinski
David P. Lloyd
Ariane Holtschlag
Grochocinski, Grochocinski & Lloyd
1900 Ravinia Place
Orland Park, Illinois 60462

Mark E. Leipold
Gould & Ratner LLP
222 N. LaSalle Street
Suite 800
Chicago, Illinois 60601

Paige E. Barr
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, Illinois 60661

Michael J. Durrschmidt
Hirsh & Westheimer, P.C.
Bank of America Center, 25th Fl.
700 Louisiana
Houston, Texas 77002-2728

Jeffrey M. Schwartz
Lionel Weaver
Drinker Biddle & Reath LLP
191 N. Wacker Drive
Suite 3700
Chicago, Illinois 60606

Dated: March 11, 2011

_____
Nancy Castellano
Courtroom Deputy

2