# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | July 6, 2011 |
| **Bankruptcy Case** | 09 B 32672 | **Adversary No.** | |

Life Fund 5.1, LLC

**Brief Statement of Motion**

Scheduling order

**Names and Addresses of moving counsel**

**Representing**

## ORDER

On the court's own motion, ruling on the first and final application of Perkins Coie LLP for compensation is set for July 13, 2011, at 10:00 a.m.

*/s/ A. Benjamin Goldgar*