# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LIFE FUND 5.1, LLC, | ) Case No. 09 B 32672 |
| | ) |
| Debtor. | ) |

## FINAL DECREE PURSUANT TO SECTIONS 105(a) AND 350(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3022 CLOSING THE DEBTOR'S CHAPTER 11 CASE

Upon the Chapter 11 Trustee's Second Amended Plan of Consolidation and Liquidation (the "Plan") and the Liquidating Trustee's Final Report and Certification of Counsel Requesting Entry of a Final Decree, dated May 5, 2016 (the "Request"), seeking entry of an order closing the chapter 11 case (the "Lead Case") of the above-captioned debtor (the "Debtor"); and the Court having subject matter jurisdiction to consider the Request and to issue the relief requested therein in accordance with 28 U.S.C. § 1334; and the Request and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2); and due and proper notice of the Request having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Request is in the best interests of the Debtor, its estate, and creditors, and that the legal and factual bases set forth in the Request and the Plan establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor; it is ORDERED that:

1. The Request is GRANTED.

2. Pursuant to sections 105(a) and 350(a) of the Bankruptcy Code, the Lead Case shall be and hereby is closed effective as of the date of entry of this Order.

55386532v2

3. To the extent not previously paid, the outstanding fees required to be paid to the United States Trustee pursuant to 28 U.S.C. § 1930(a)(6) in connection with the Lead Case shall be paid within fifteen (15) business days of the date of the entry of this Order.

4. ~~This Order is without prejudice to any party's right to seek to re-open the Lead Case on appropriate grounds.~~

5. ~~Notwithstanding any stay that might be applicable to this Order, this Order shall be effective and enforceable immediately upon entry hereof.~~

6. ~~This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.~~

~~Dated: _____, 2016~~
Chicago, Illinois

MAY 09 2016, _____
The Honorable A. Benjamin Goldgar
United States Bankruptcy Court

2

55386532v2